**Louis Frangipane, appellee, v. Frank Agosto, appellant.** Gen. No. 27,186.

Action to recover money intrusted to defendants and which they refused to return. Suit dismissed as to appellee's codefendant and judgment for plaintiff against appellee. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Cairoli Gigliotti, for appellant. May E. Reitz, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Samuel Joseph (impleaded), plaintiff in error.** Gen. No. 27,118.

Prosecution for larceny. Judgment and sentence upon a plea of guilty. Error to the Criminal Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

Charles E. Erbstein and Cameron Latter, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Maude Balder, appellee, v. John Hancock Mutual Life Insurance Company, appellant.** Gen. No. 27,570.

Action for damages for an assault upon plaintiff by one of defendant's agents in furtherance of its business. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the March term, 1922. Reversed with finding of fact. Opinion filed October 30, 1922.

Hoyne & O'Connor, for appellant. Augustine J. Bowe and William J. Bowe, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Augusta Czerwenka, appellant, v. Vaughan's Seed Store, appellee.** Gen. No. 27,578.

Action upon a promissory note given by appellee. Judgment for appellant for less than the face of the note. Appeal from the Municipal Court of Chicago; the Hon. G. O. Dietz, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922. Rehearing denied. November 13, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Huttmann, Cloyes & Klinglir, for appellant. Joseph J. Augustus, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.